# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCE DX, INC., <br><br> Plaintiff, <br><br> v. <br><br> YOURBIO HEALTH, INC., <br><br> Defendant. | Case No. 1:24-CV-10595 |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The parties, by and through their counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Rule 68.2, agree and stipulate that all claims which were or could have been asserted in this lawsuit are to be dismissed with prejudice and without costs. The parties further stipulate that the Court shall retain jurisdiction to enforce the terms of the settlement, if necessary.

| | |
|---|---|
| Dated: November 19, 2024 | Respectfully Submitted, |
| By: */s/ Dana A. Zakarian* | By: */s/ Brian Drummond* |
| Peter M. Durney, BBO# 139260<br>Dana A. Zakarian, BBO# 641058<br>Patricia A. Hartnett, BBO# 568206<br>Smith Duggan Cornell & Gollub LLP<br>55 Old Bedford Road, Suite 300<br>Lincoln, MA 01773<br>(617) 228-4469<br>pdurney@smithduggan.com<br>dzakarian@smithduggan.com<br>phartnett@smithduggan.com<br><br>Jeffrey S. Becker (*pro hac vice*)<br>Nicole O'Toole Peterson (*pro hac vice*)<br>Swanson, Martin & Bell, LLP<br>330 North Wabash, Suite 3300<br>Chicago, Illinois 60611<br>(312) 321-9100 | Robert Frederickson, III (BBO# 670111)<br>Brian Drummond (BBO# 688856)<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-1000<br>rfrederickson@goodwinlaw.com<br>bdrummond@goodwinlaw.com<br><br>Kelly Grosshuesch (*pro hac vice*)<br>GOODWIN PROCTER LLP<br>1900 N Street, NW<br>Washington, DC 20036<br>(202) 346-1000<br>kgrosshuesch@goodwinlaw.com<br><br>*Attorneys for Defendant, YourBio Health, Inc.* |

jbecker@smbtrials.com
npeterson@smbtrials.com

*Attorneys for Plaintiff Advance Dx, Inc.*

## **CERTIFICATE OF SERVICE**

 I certify that on November 19, 2024, the foregoing document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      */s/ Dana A. Zakarian*